**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000431**
**24-NOV-2025**
**08:20 AM**
**Dkt. 190 ORD**

NO. CAAP-23-0000431

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010; and WILLIAM CHARLES MELOHN III,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010, Plaintiffs-Appellees,
v.
DAVID EDWARD BROWN and LANHUA KAO BROWN,
Defendants-Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151002267)

ORDER
(By: Wadsworth, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of self-represented Defendants-Appellants
David Edward Brown and Lanhua Kao Brown's November 11, 2025
"Motion for Sanctions," which the court construes as a second
motion for reconsideration of the October 8, 2025 Summary
Disposition Order (**November 11, 2025 Motion**), and November 19,
2025 "Motion for Leave to File Reply to Appellees' Opposition
(Dkt 184) to Appellants' Motion for Sanctions (Dkt 181)"
(**November 19, 2025 Motion**), the papers in support and in
opposition, and the record,

IT IS HEREBY ORDERED that the November 11, 2025 Motion is denied as unauthorized.  See Hawaiʻi Rules of Appellate Procedure Rule 40(e) ("Only one motion for reconsideration may be filed by any party, unless the court modifies the substance of its opinion, dispositional order, or ruling.").

IT IS FURTHER ORDERED that the November 19, 2025 Motion is denied.

DATED:  Honolulu, Hawaiʻi, November 24, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge